IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00257-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEBRA PERRY STURDIVANT | ) | |
| | ) | |

**THIS MATTER** is before the Court on the government's Consent Motion for Final Order of Restitution. (Doc. No. 32).

At the sentencing of this matter, the Court held that final determination of restitution would be left open as authorized by 18 U.S.C. § 3664(d)(5). (Doc. No. 27: Judgment at 4). The government has now submitted a list of victims and losses, supported by a preponderance of the evidence and to which the defendant consents, that constitutes a "final determination" for purposes of ordering restitution pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. § 3663A. (Doc. No. 32-1: Exhibit).

**IT IS THEREFORE ORDERED** that, based on the reasons set forth in the government's motion, 18 U.S.C. § 3664(d)(5), and the Mandatory Victim Restitution Act, the Judgment in this case (Doc. No. 27) shall be amended to include a final restitution figure of $39,353.63 in the amounts listed in the Exhibit to the motion, (Doc. No. 32-1).

The Court gives notice that this case may involve other defendants who may be held jointly and severally liable for payment of all or part of the restitution ordered and may order such payment in the future.

1

**IT IS FURTHER ORDERED** that the victims' recovery is limited to the amount of their loss and the defendant's liability for restitution ceases if and when a victim receives full restitution.

All other terms of the original Judgment (Doc. No. 27) remain unchanged.

The Clerk is directed to certify copies of this order to the defendant, counsel for defendant, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Financial Administration Unit of the Clerk's Office.

Signed: September 24, 2018

Robert J. Conrad, Jr.
United States District Judge